IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00277-WCM

| | |
|---|---|
| CATHERINE BRICKEY, *individually and as next friend of Timothy Denicola, formerly a minor, and as next friend of T. B., a minor*; and **TIMOTHY DENICOLA**, *Individually*, <br><br> Plaintiffs, <br><br> v. <br><br> SD TRANSPORT INC.; JVC ENTERPRISES, LLC; and JAMES MARTIN SANDERS, <br><br> Defendants. | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 9) filed by Antoine G. Marshall on November 3, 2023. The Motion indicates that Mr. Marshall, a member in good standing of the Bar of this Court, is local counsel for Plaintiffs and that he seeks the admission of Thomas Herald, who the Motion indicates practices with a firm located in Dallas, Texas.[1] It further appears that the requisite admission fee has been

---

[1] The Motion also represents that Mr. Herald is a member of the Bar of North Carolina.

paid, and that there is no opposition to the Motion.[2]

Accordingly, the Court **GRANTS** the Motion (Doc. 9) and **ADMITS** Thomas Herald to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: November 3, 2023

W. Carleton Metcalf
United States Magistrate Judge

---

[2] During an Initial Pretrial Conference held on November 3, 2023, defense counsel advised that they did not object to the request.